# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ROXANA RIVAS, *et al.*, | : |
| | : |
|    Plaintiffs, | : Case No. 1:23-cv-01021-TSC |
| | : |
|    v. | : |
| | : |
| CARMEL PARTNERS CONSTRUCTION EAST LLC, *et al.* | : |
| | : |
|    Defendants. | : |

## JOINT MOTION TO APPROVE AN FLSA SETTLEMENT AGREEMENT

Plaintiffs Maria Roxana Rivas, Nery Rivas, Josue Guiterrez, and Bryan Diaz ("Plaintiffs") and Defendant Brother's Mechanical, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully request that this Court enter an Order approving the settlement reached in this case that is memorialized in the Joint Stipulation of Settlement and Settlement Agreement ("Settlement Agreement"). As set forth in the accompanying Memorandum of Law, the settlement among the Parties satisfies all factors required for approval in that it resolves bona fide disputes and is fair, reasonable, and adequate. Therefore, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement.

                                                                  Respectfully submitted,

Dated: August 11, 2023

                                                                  s/ Andrew Costa-Kelser
Andrew Costa-Kelser
Jacqueline Canzoneri
**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone (202) 362-0041
akelser@odonoghuelaw.com
jcanzoneri@odonoghuelaw.com

2

Joshua B. Waxman
**LITTLER MENDELSON, P.C.**
815 Connecticut Road, NW, Suite 400
Washington, D.C. 20006
202-842-3400
jwaxman@littler.com

Laura A. Saracina
**LITTLER MENDELSON, P.C.**
1800 Tysons Blvd, Suite 500
Tysons Corner, VA 22102
703-442-8425
lsaracina@littler.com

*Counsel for Defendant Brother's Mechanical, Inc.*