UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARIA ROXANA RIVAS,** *et. al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 23-cv-1021 (TSC) |
| **CARMEL PARTNERS CONSTRUCTION EAST LLC,** *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT

This matter is before the Court on the Parties' Joint Motion to Approve an FLSA Settlement Agreement. The Court finds that the proposed settlement resolves a "bona fide dispute," and its terms are "fair and reasonable." *Eley v. Stadium Grp., LLC*, 236 F. Supp. 3d 59, 62–63 (D.D.C. 2017) (J. Ketanji B. Jackson).

Accordingly, and upon consideration of the Motion and all relevant papers before the Court, the Court **GRANTS** the Motion and **APPROVES** the Parties' Settlement Agreement. All of Plaintiffs' claims, as against Brother's Mechanical, Inc., Carmel Partners Construction LLC, and Carmel Construction East LLC, are hereby resolved.

Date: August 24, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1